Stephen Kelson, # 8458
 Steve.Kelson@chrisjen.com
Matthew K. Strout, #16732
 Matthew.Strout@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111-2047
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA<br><br>Defendant. | **WAIVER OF SERVICE**<br><br>Case No: 2:22-cv-00616-DBB<br><br>Judge: David Barlow |

TO: Matthew K. Strout and Steven Kelson, attorneys for Plaintiffs

I have received your request to waive service of a summons in this action, along with a copy of the complaint and an electronic copy of this waiver form, and I have returned a copy of this waiver form to you via email.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

1

I also understand that I must file and serve an answer or a motion under Rule 12 <u>within 60 days from September 27, 2022</u>, which is the date when the request for waiver of service was sent. If I fail to do so, a default judgment may be entered against my client, Douglas Quezada.

I hereby represent and warrant that Mr. Quezada also understands the foregoing and agrees to waive service.

Dated September 28, 2022    /s/ Joseph G. Pia
Joseph G. Pia (9945)
PIA HOYT LLC
136 E South Temple Ste 1900
Salt Lake City, UT 84111
Phone: (801) 350-9000
Email: Joe.Pia@piahoyt.com
*Attorney for Defendant Douglas Quezada*

## **Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.