Stephen Kelson, # 8458
   Steve.Kelson@chrisjen.com
Matthew K. Strout, #16732
   Matthew.Strout@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111-2047
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>    Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.<br><br>    Defendants. | **WAIVER OF SERVICE OF SUMMONS**<br><br>Case No: 2:22-cv-00616-DBB-DBP<br><br>Judge: David Barlow<br><br>Magistrate Judge Dustin B. Pead |

    The undersigned counsel for Defendants Douglas Quezada, Lauren Quezada, and HQC, LLC, hereby acknowledges receipt of Plaintiffs' November 9, 2023 request to waive service of a summons in this action, along with an electronic copy of the First Amended Complaint and an electronic copy of this waiver form. Defendants agree to save the expense of serving a summons and complaint in this case, and the undersigned counsel represents that he is authorized to accept service for Defendants.

    Defendants understand that they will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action that are otherwise available to them, but that they waive any objections to the absence of a summons or of service.

1

Defendants also agree that they will file and serve a response to the First Amended Complaint on or before February 3, 2023, which is a shorter deadline than that provided for by Fed. R. Civ. P. 4(d). Defendants understand that if they fail to file and serve a response to the Complaint by the above-referenced date, a default judgment may be entered against them.

DATED: January 18, 2024

                                            PIA HOYT LLC

                                            */s/ John P. Mertens*
                                            Joseph G. Pia
                                            John P. Mertens
                                            Wesley D. Felix
                                            Nediha Hadzikadunic
                                            *Attorneys for Defendants*

### **Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a true and correct copy of the foregoing was filed on the Court's electronic filing system, which automatically notified all counsel of record of this filing.

/s/ Matthew K. Strout