# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR AMENDED SCHEDULING ORDER AND FIFTH AMENDED SCHEDULING ORDER**<br><br>Case No: 2:22-cv-00616-DBB-DBP<br>Judge: David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendants' Stipulated Motion for Fourth Amended Scheduling Order. For good cause appearing, the Court GRANTS the motion and amends the case deadlines as follows:

| 2. | **DISCOVERY LIMITATIONS** | **DATE** |
|---|---|---|
| | j. Close of fact discovery: | 11/01/2024 |
| **4.** | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | |
| | Disclosures (subject and identity of experts) and Reports | |
| | a. Party(ies) bearing the burden of proof: | 12/02/2024 |
| | b. Counter disclosures and reports: | 1/03/2025 |
| | c. Rebuttal disclosures and reports: | 2/07/2025 |
| **5.** | **OTHER DEADLINES** | |
| | a. Last day for expert discovery: | 3/07/2025 |
| | b. Deadline for filing dispositive or potentially dispositive motions: | 4/04/2025 |
| | c. Deadline for filing partial or complete motions | 4/04/2025 |

|     |     |     |
| --- | --- | --- |
|     | to exclude expert testimony: |     |
| d.  | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. | 4/10/2025 at 3:00 pm |

**6.   SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

|     |     |     |
| --- | --- | --- |
| d.  | The Parties will complete private mediation/arbitration (if they elect to mediate or arbitrate) by: | 3/07/2025 |
| e.  | Evaluate the case for settlement/ADR by: | 11/01/2024 |

**7.   TRIAL AND PREPARATION FOR TRIAL**

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 1st quarter of 2026.

**8.   OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 1 October 2024.

_____
Dustin B. Pead
United States Magistrate Judge

1

2

Approved as to Form and Content.

Dated this 30th day of September 2024.

                                                              CHRISTENSEN & JENSEN, P.C.

                                                              */s/ Matthew K. Strout*
                                                              (signed with permission via email on
                                                              September 30, 2024.)
                                                               Stephen Kelson
                                                               Matthew K. Strout
                                                               *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing **(Proposed) FOURTH AMENDED SCHEDULING ORDER** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

<u>/s/ Melanie Buervenich</u>
Paralegal