# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>    Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.,<br><br>    Defendants. | **SIXTH AMENDED SCHEDULING ORDER**<br><br>Case No: 2:22-cv-00616-DBB-DBP<br>Judge: David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendants' Stipulated Motion for Sixth Amended Scheduling Order. For good cause appearing, the Court GRANTS the motion and amends the case deadlines as follows:

**2.   DISCOVERY LIMITATIONS**                                                                                    **DATE**

  j. Close of fact discovery:                                                                                                12/02/2024

**4.   RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS**

  Disclosures (subject and identity of experts) and Reports

  a. Party(ies) bearing the burden of proof:                                                                   01/03/2025

  b. Counter disclosures and reports:                                                                            02/03/2025

  c. Rebuttal disclosures and reports:                                                                            03/05/2025

**5.   OTHER DEADLINES**

  a. Last day for expert discovery:                                                                                04/07/2025

  b. Deadline for filing dispositive or potentially dispositive motions:                           05/05/2025

  c. Deadline for filing partial or complete motions                                                     05/05/2025

|     |     | to exclude expert testimony: |     |
| --- | --- | --- | --- |
|     | d.  | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. | 05/15/202 at 3:00 pm |

6. **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

|     | d.  | The Parties will complete private mediation/arbitration (if they elect to mediate or arbitrate) by: | 04/07/2025 |
| --- | --- | --- | --- |
|     | e.  | Evaluate the case for settlement/ADR by: | 12/02/2024 |

7. **TRIAL AND PREPARATION FOR TRIAL**

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 3rd quarter of 2025.

8. **OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 4 November 2024.

_____
Dustin B. Pead
United States Magistrate Judge

1