Stephen Kelson, # 8458
   Steve.Kelson@chrisjen.com
Matthew K. Strout, #16732
   Matthew.Strout@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111-2047
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| DAVID ZAMORA, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.,<br><br>   Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED MOTION TO COMPEL**<br><br>Case No: 2:22-cv-00616-DBB-DBP<br>Judge: David Barlow<br>Magistrate Judge Dustin B. Pead |

      Before the Court is Plaintiffs' Motion to Compel ("Motion") (Dkt. 61). After consideration of the parties' briefs and arguments, the Court GRANTS the Motion.

      IT IS HEREBY ORDERED that Defendants Lauren Quezada and HQC, LLC shall, within fourteen (14) days from the date of this order, serve complete answers to the following Interrogatories: (a) Interrogatory Nos. 2, 5, 6, 7, 8, 9, 10, and 11 to Lauren Quezada; and (b) Interrogatory Nos. 2, 4, 5, 6 (mislabeled as No. 4), 7 (mislabeled as No. 5), and 8 (mislabeled as No. 6) to HQC, LLC.

      IT IS FURTHER ORDERED that Defendants Lauren Quezada and HQC, LLC shall, within fourteen (14) days from the date of this order, produce all non-privileged documents that are responsive to the following Requests for Production: (a) Request Nos. 7, 8, 9, 10, and 11 to Lauren

Quezada; and (b) Request Nos. 2, 3, 4, 5, 6, 7, 8, and 9 to HQC, LLC. Any documents that are withheld as privileged must be logged in a privilege log served by the above-referenced deadline.

IT IS FURTHER ORDERED that Defendants Lauren Quezada and HQC, LLC must appear for their depositions at a time agreed on by the parties, but no later than thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that Defendants Lauren Quezada and HQC, LLC shall pay the reasonable attorneys' fees incurred by Plaintiffs in making their Motion, pursuant to Fed. R. Civ. P. 37(a)(5)(A). Plaintiffs shall file an itemization of such fees containing the information required by DUCivR 54-1(a)(2)(B) within fourteen (14) days of the date of this Order. An opposition memorandum and reply memorandum regarding the reasonableness of the fees may be filed within the timeframes set forth in DUCivR 7-1(a)(4)(D).

IT IS SO ORDERED.

Dated this _____ day of December, 2024

                                                                                    _____
                                                                                    Dustin B. Pead
                                                                                    United States Magistrate Judge

1