# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.,<br><br>Defendants. | **SEVENTH AMENDED SCHEDULING ORDER**<br><br>Case No: 2:22-cv-00616-DBB-DBP<br>Judge: David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendants' Stipulated Motion for Seventh Amended Scheduling Order. (ECF No. 70). For good cause appearing, the Court GRANTS the motion and amends the case deadlines as follows:

The June 3, 2025 deadline to file a joint brief is VACATED

| | | |
|---|---|---|
| **2.** | **DISCOVERY LIMITATIONS** | **DATE** |
| | j. Close of fact discovery: | 7/1/2025 |
| **4.** | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | |
| | Disclosures (subject and identity of experts) and Reports | |
| | a. Party(ies) bearing the burden of proof: | 8/01/2025 |
| | b. Counter disclosures and reports: | 9/03/2025 |
| | c. Rebuttal disclosures and reports: | 10/03/2025 |
| **5.** | **OTHER DEADLINES** | |
| | a. Last day for expert discovery: | 11/03/2025 |
| | b. Deadline for filing dispositive or potentially dispositive motions: | 1/05/2026 |

|   |   |   |   |
|---|---|---|---|
| | c. | Deadline for filing partial or complete motions to exclude expert testimony: | 1/05/2026 |
| | d. | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. | 1/15/2026 at 3:00 PM |

**6.     SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

|   |   |   |   |
|---|---|---|---|
| | d. | The Parties will complete private mediation/arbitration (if they elect to mediate or arbitrate) by: | 12/03/2025 |
| | e. | Evaluate the case for settlement/ADR by: | 7/01/2025 |

**7.     TRIAL AND PREPARATION FOR TRIAL**

B.     After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want a referral for a settlement conference.

**8.     OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 10 June 2025.

_____
Dustin B. Pead
United States Magistrate Judge

Approved as to Form and Content.

Dated this 9th day of June 2025.

        CHRISTENSEN & JENSEN, P.C.

        */s/ Matthew K. Strout*
        (signed with permission via email on June 9, 2025.)
        Stephen Kelson
        Matthew K. Strout
        *Attorneys for Plaintiff*