# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, et al.,<br><br>Defendants. | NINTH AMENDED SCHEDULING ORDER<br><br>Case No: 2:22-cv-00616-DBB-DBP<br>Judge: David Barlow<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendants' Stipulated Motion for NINTH Amended Scheduling Order. For good cause appearing, the Court GRANTS the motion and amends the case deadlines as follows:

| | | |
|---|---|---|
| **2.** | **DISCOVERY LIMITATIONS** | **DATE** |
| | j. Close of fact discovery: | 10/3/2025 |
| **4.** | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | |
| | Disclosures (subject and identity of experts) and Reports | |
| | a. Party(ies) bearing the burden of proof: | 11/03/2025 |
| | b. Counter disclosures and reports: | 12/03/2025 |
| | c. Rebuttal disclosures and reports: | 1/05/2026 |
| **5.** | **OTHER DEADLINES** | |
| | a. Last day for expert discovery: | 2/06/2026 |
| | b. Deadline for filing dispositive or potentially dispositive motions: | 4/07/2026 |
| | c. Deadline for filing partial or complete motions | 4/07/2026 |

|   |   |   |
|---|---|---|
| | to exclude expert testimony: | |
| d. | If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. | 04/16/2026 at 3:00 pm |

**6.  SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

|   |   |   |
|---|---|---|
| d. | The Parties will complete private mediation/arbitration (if they elect to mediate or arbitrate) by: | 3/07/2026 |
| e. | Evaluate the case for settlement/ADR by: | 10/03/2025 |

**7.  TRIAL AND PREPARATION FOR TRIAL**

B.  After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want a referral for a settlement conference.

**8.  OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

DATED this 1 August 2025.

_____
Dustin B. Pead
United States Magistrate Judge

Approved as to Form and Content.

Dated this 31st day of July 2025.

                                            CHRISTENSEN & JENSEN, P.C.

                                            */s/ Matthew K. Strout*
                                            (signed with permission via email on July 31, 2025.)
                                            Stephen Kelson
                                            Matthew K. Strout
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a true and correct copy of the foregoing **(Proposed) NINTH AMENDED SCHEDULING ORDER** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

<u>/s/ *Melanie Buervenich*</u>
Paralegal