Joseph G. Pia (9945)
PIA HOYT LLC
170 S. Main Street, Suite 1100
Salt Lake City UT 84101
Phone: (801) 350-9000
Email: Joe.Pia@piahoyt.com

*Attorney for Defendant Douglas Quezada*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, LAUREN QUEZADA, and HQC, LLC<br><br>Defendant. | **STIPULATED MOTION FOR SETTLEMENT CONFERENCE**<br><br>Case No: 2:22-cv-00616-DBB<br><br>Judge: David Barlow |

Pursuant to the Court's April 8, 2026, Docket Text Order ("Order") and DUCivR 7-1(a)(2)(E), and 16-2 et seq., Plaintiffs David Zamora and Gumecindo Zamora (collectively, "Plaintiffs") and Defendants and Counterclaimants Douglas Quezada, Lauren Quezada, and HQC, LLC (collectively, "Plaintiffs") hereby stipulate and jointly move that the Court refer this case to a Magistrate Judge for the purpose of holding a settlement conference. The parties are filing this stipulated request in lieu of filing the Joint Civil Trial Notice.

Dated June 2, 2026.

**PIA HOYT, LLC**

*/s/ Joseph G. Pia*
Joseph G. Pia
*Attorney for Defendant Douglas Quezada*

2

**CHRISTENSEN & JENSEN, P.C.**

*/s/ Matthew K. Strout (signed with permission)*
Stephen Kelson
Matthew K. Strout
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing **Stipulated Motion for Settlement Conference** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Licensed Paralegal Practitioner

2