Joseph G. Pia (9945)
PIA HOYT LLC
170 S. Main Street, Suite 1100
Salt Lake City UT 84101
Phone: (801) 350-9000
Email: Joe.Pia@piahoyt.com

*Attorney for Defendant Douglas Quezada*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, LAUREN QUEZADA, and HQC, LLC<br><br>Defendants. | **STATUS REPORT**<br><br>Case No: 2:22-cv-00616-DBB<br><br>Judge: David Barlow |

The Parties, by and through counsel, hereby gives the Court this status report. On August 3, 2026, the Parties reached a settlement agreement in a judicial settlement conference with Magistrate Judge Daphne A. Oberg. The Parties are currently exchanging drafts of a settlement agreement memorializing the terms of the settlement reached with Judge Oberg and expect to complete a final draft shortly. Once the final draft is executed and payment is made thereunder, the Parties will file a stipulation of dismissal.

The Parties request that the Court set a 45-day deadline to file a stipulation of dismissal. This will provide the Parties sufficient time to finalize and execute the written settlement agreement and allow Defendant to make the settlement payment, which, under the terms of the parties' oral settlement agreement, is due within 30 days after execution of the release.

Dated September 28, 2026

*/s/ Joseph G. Pia*
Joseph G. Pia
Jacob B. Stone

*Attorney for Defendants*

Dated September 28, 2026

*/s/ Matthew K. Strout*
Matthew K. Strout

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, a true and correct copy of the foregoing **STATUS REPORT** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Licensed Paralegal Practitioner