Joseph G. Pia (9945)
PIA HOYT LLC
170 S. Main Street, Suite 1100
Salt Lake City UT 84101
Phone: (801) 350-9000
Email: Joe.Pia@piahoyt.com

*Attorney for Defendant Douglas Quezada*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| DAVID ZAMORA and GUMECINDO ZAMORA<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS QUEZADA, LAUREN QUEZADA, and HQC, LLC<br><br>Defendants. | **STATUS REPORT**<br><br>Case No: 2:22-cv-00616-DBB<br><br>Judge: David Barlow |

Defendants, by and through counsel, hereby gives the Court this status report.[1] On August 3, 2026, the Parties reached a settlement agreement in a judicial settlement conference with Magistrate Judge Daphne A. Oberg. The Parties have agreed to a final draft of their settlement agreement, and it is at least partially executed.

The Parties request that the Court set a 35-day deadline to file a stipulation of dismissal. The settlement payment is due 30 days after full execution of the release, and so 35 days will give the Parties time to complete the payment and then file the stipulation.

[1] Counsel for the Parties discussed this status report over the phone and counsel for Plaintiffs approved of the content during the call, but counsel cannot circulate a draft for formal approval due to today's Outlook outage and so Defendants alone are providing the status report.

Dated November 12, 2026

PIA HOYT, LLC

*/s/ Joseph G. Pia*
Joseph G. Pia

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing **STATUS REPORT** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Michelle Lund*
Paralegal